■ In the Matter of JASON DELEON, Petitioner, v ANTHONY J. ANNUCCI, as Acting Commissioner of Corrections and Community Supervision, et al., Respondents. [50 NYS3d 314]— Proceeding pursuant to CPLR article 78 (transferred to this Court by order of the Supreme Court, entered in Chemung County) to review a determination of respondent Commissioner of Corrections and Community Supervision finding petitioner guilty of violating certain prison disciplinary rules.

Determination confirmed. No opinion.

McCarthy, J.P., Garry, Egan Jr., Rose and Devine, JJ., concur. Adjudged that the determination is confirmed, without costs, and petition dismissed.